United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER M. SLOAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00059 |
| § | |
| GARY HARVEY, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation of Dismissal (D.E. 15), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 22, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE